## First Department, February, 1931.

William W. Bardsley and Others, Appellants, v. Mirona B. Smith, Respondent.

Per Curiam. Without adopting the specific views expressed by the learned trial justice at the close of the evidence and which were made the basis of the court's dismissal of the complaint, we are of opinion that the judgment is proper and the decision on which it is based has ample support in the evidence. The findings of no reliance upon the alleged fraud, of waiver, and of failure to prove damages, are amply supported. The judgment should be affirmed, with costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. Judgment affirmed, with costs.

Henry G. Ingersoll, Appellant, v. New York Edison Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Sylvan Levy, Respondent, v. Louis Leavitt, Appellant.— Judgments and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Emilio Rebora and Elio Tarabotto, as General Average Adjusters and Trustees for Navigazione Generale Italiana, Owner of the Steamship "Caserta," Respondents, v. British and Foreign Marine Insurance Company, Ltd., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of Improvement Construction Co., Inc., Respondent, for an Order Directing that the Arbitration Provided for in Certain Agreements in Writing Entered into between the Petitioner and Active Wet Wash Laundry Co., Inc., Appellant, etc., Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

627 East Two Hundred and Thirty-third Corporation, Appellant, v. Herman A. Acker Corporation and Herman A. Acker, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Julius C. Bernheim, Appellant, v. Sam Samuels and Joseph Leblang, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

Ruth Mason, Respondent, v. Henry A. Libaire and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.